Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiffs:
JAMES RUTHERFORD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FASTRIP OIL COMPANY, L.P.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-00355-FMO-KK<br><br>Hon. Fernando M. Olguin<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 20, 2018<br>Trial Date: None |

NOTICE OF SETTLEMENT

1

Please take notice that Plaintiff, JAMES RUTHERFORD and Defendant, FASTRIP OIL COMPANY, L.P., by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

### CERTIFICATE OF SERVICE

I certify that on June 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 14, 2018                    **MANNING LAW, APC**

By:   */s/ Michael J. Manning, Esq.*
         Michael J. Manning, Esq.
         Joseph R. Manning, Jr., Esq.
         Tristan P. Jankowski Esq.
         Attorneys for Plaintiffs,
         James Rutherford